UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  
JOHN J. PLOTZKE, IV  
RITA LOUISE PLOTZKE

CASE NO. 09-50509-WSD  
CHAPTER 13 PROCEEDINGS  
HON. WALTER SHAPERO.DETROIT

_____ Debtors _____

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| JOHN J. PLOTZKE, IV<br>RITA LOUISE PLOTZKE<br>3940 WOODHALL<br>DETROIT, MI 48224-0000<br>SSN: XXX-XX-6650 or XXX-XX-7182 | N/A | N/A | DEBTOR REFUND | 1319635 | 11/30/10 | $ 465.00 |

DATED: December 03, 2010

/s/ TAMMY L. TERRY  
TAMMY L. TERRY, STANDING  
CHAPTER 13 TRUSTEE  
535 GRISWOLD  
SUITE 2100  
DETROIT, MI 48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930    6358131
DETROIT, MICHIGAN 48231-1930

0950509  00000  017414  1319635
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 11/30/2010  Check No: 1319635
Payee: CLERK OF US BANKRUPTCY COURT

| 0950509 | JOHN J. PLOTZKE, IV & RITA LOUISE PLOTZKE | | | 465.00 | 0.00 | 465.00 |
|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000 TYPE: | Balance: | 0.00 | | |

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.  CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

**TAMMY L. TERRY**
**TRUSTEE**

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
P.O. BOX 31-1930
Detroit, MI 48231-1930
(313)967-9857 FAX

64-79 / 611

**CHECK NO. 1319635**
SunTrust Bank

**FOR** JOHN J. PLOTZKE, IV and RITA LOUISE PLOTZKE
BK:0950509  ACCT:
PRIN:    465.00   INT:    0.00

**DATE** Nov 30, 2010
**AMOUNT**
********465.00

**PAY** 465.00
FOUR  SIX  FIVE  PERSO  ZERO  ZERO
Four Hundred Sixty -Five And Xx / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT

VOID OVER $465.00
VOID 90 DAYS AFTER DATE

**TO THE ORDER OF**
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*Tammy L. Terry*
Chapter 13 Trustee

09-50509-wsd    Doc 64    Filed 12/21/10    Entered 12/21/10 09:47:59    Page 2 of 3

⑈1319635⑈ ⑆061100790⑆ 000000575 1516⑈

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| IN THE MATTER OF:<br>JOHN J. PLOTZKE, IV<br>RITA LOUISE PLOTZKE<br><br>_____ Debtors | CASE NO. 09-50509-WSD<br>CHAPTER 13 PROCEEDINGS<br>HON. WALTER SHAPERO.DETROIT |

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**FINANCIAL LAW GROUP PC**
**29405 HOOVER**
**WARREN, MI 48093**

**Last Known Address for Debtors:**

**JOHN J. PLOTZKE, IV**
**RITA LOUISE PLOTZKE**
**3940 WOODHALL**
**DETROIT, MI 48224**

DATED: December 03, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226